AO 450 Judgment in a Civil Case

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Curtis International, Ltd.

                    **V.**                         **JUDGMENT IN A CIVIL CASE**

Ewest Advantage, Inc.

                        **CASE NUMBER:**    07CV1265-JAH(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for right to attach order and writ of attachment is denied. The complaint is sua sponte dismissed for lack of subject matter jurisdiction.

| August 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ J. Petersen |
|  | (By) Deputy Clerk |
|  | ENTERED ON August 27, 2007 |